UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
HEATHER NADOLNY, Individually and on Behalf
of J.A.R

                                               Plaintiff,

-against-

OYSTER BAY-EAST NORWICH CENTRAL
SCHOOL DISTRICT, CHRISTOPHER
VENATOR, ESQ., INGERMAN SMITH LLP,
LAURIE KOWALSKY, NANCY
CASTROGIOVANNI, MARYANN SANTOS,
CAITLIN AMATRUDO, JOSEPH F. LAURITA JR.,
MICHAEL SCHINDLER, JOHN PAUL KOPACZ,
LYNETTE ABRUZZO, NICOLE FRIEDMAN,
PAMELA MITCHELL, FRANCESCO IANNI,

                                     Defendants.
-------------------------------------------------------------------------x

Docket No.: CV-25-1232

**RULE 41 STIPULATION**
**OF DISMISSAL**
**WITH PREJUDICE**

**FILED**
**CLERK**

8/28/2025 10:26 am

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned parties

hereby stipulate and agree that the above-captioned action is dismissed with prejudice, with each

party to bear its own costs and attorneys' fees. The Stipulation may be filed without notice with

the Clerk of the Court.

Dated:  White Plains, New York
        August 26, 2025

**PRO SE PLAINTIFF, HEATHER NADOLNY**

By: _____
    Heather Nadolny
    4 Hahl Lane
    East Norwich, New York 11732

**RIVKIN RADLER, LLP**

By: _____
Carol Lastorino
*Attorneys for Defendants,*
*Ingerman Smith, LLP and Christopher*
*Venator*
926 RXR Plaza
Uniondale, New York 11556-0926

**SILVERMAN & ASSOCIATES**

By: _____
Lewis R. Silverman
*Attorneys for Defendants,*
*Oyster Bay-East Norwich Central*
*School District, Laurie Kowalsky,*
*Nancy Castrogiovanni, Maryann*
*Santos, Caitlin Amatrudo, Joseph*
*F. Laurita Jr., Michael Schindler,*
*John Paul Kopacz, Lynette Abruzzo,*
*Nicole Friedman, Pamela Mitchell,*
*Francesco Ianni*
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601

**SO ORDERED:**

Dated: 8/28/2025
*/s/ Gary R. Brown*
Gary R. Brown, U.S.D.J

_____
~~Hon. James M. Wicks,~~
~~United States Magistrate Judge~~